## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| THOMAS PRZYBOROWSKI, | § § § § § § | **Case No.: 1:22-cv-02202-CPO-AMD** |
| Plaintiff, | § § | |
| vs. | § § | |
| SOUTH JERSEY INDUSTRIES, INC., JOSEPH M. RIGBY, SARAH M. BARPOULIS, VICTOR A. FORTKIEWICZ, SHEILA HARTNETT-DEVLIN, G. EDISON HOLLAND, SUNITA HOLZER, KEVIN O'DOWD, CHRISTOPHER PALADINO, MICHAEL J. RENNA, FRANK L. SIMS, | § § § § § § § § § | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| Defendants. | § § | |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Thomas Przyborowski ("Plaintiff") voluntarily dismisses this action without prejudice.  This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment.  Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: May 13, 2022

**BRODSKY & SMITH**

By:  */s/ Evan J. Smith*
Evan J. Smith
1310 N. Kings Highway
Cherry Hill, NJ 08034
Telephone:    856.795.7250
esmith@brodskysmith.com

*Attorney for Plaintiff*